# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: <br> BRYCE RANK MEINDERS <br> JENNY LEE MEINDERS <br> Debtors. | CHAPTER # 7 <br> CASE NO. 06-23583 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**　　　　　　　　　　**CHECK AMOUNT**
Citifinancial Inc　　　　　　　　　　　　　　　　　　　　$441.30
PO Box 70923
Charlotte, NC 28272-0923

　　　The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$441.30** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

　　　DATED this 18th day of January 2010.


　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Steven R. Bailey, Trustee